UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

United States of America,

Plaintiff,

vs. ORDER

Michael Kapushinski, a/k/a
Michael J. Kapushinski,

Defendant. Civ. No. 01-253 (PAM/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 26th day of July, 2001.

* * *

On July 26, 2001, the Court conducted the Initial Pretrial Conference in this matter, with the Plaintiff appearing by Lonnie F. Bryan, Assistant United States Attorney, and with the Defendant appearing on his own behalf. The parties advise that a dispositive Motion currently pends, which will either resolve the case or, if not, could limit the issues to be tried. Accordingly, in order to tailor a Pretrial Order that suits this case, we defer the issuance of a Scheduling Order until after the District Court, the Honorable Paul A. Magnuson presiding, issues a ruling on the Motion for Entry of Judgment as a matter of law. If the Motion is denied, then, upon the issuance of that Order, the parties are directed to con-

FILED JUL 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

tact this Court, forthwith, for the conduct of a Scheduling Conference.

NOW, THEREFORE, It is --

ORDERED:

That the conduct of an Initial Scheduling Conference is DEFERRED, as more fully explained in the text of this Order.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE