UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-253 (PAM/RLE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL KAPUSHINSKI,<br>a/k/a MICHAEL J. KAPUSHINSKI,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER** |

In this matter, having come before the undersigned upon the plaintiff's stipulation for dismissal without prejudice.

IT IS HEREBY ORDERED that plaintiff's stipulation for dismissal without prejudice be granted without costs to either party.

Dated:

PAUL A. MAGNUSON, Judge

NOV 06 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK